## SEAY v. SANFORD, Warden.

### No. 11901.

Circuit Court of Appeals, Fifth Circuit.

May 2, 1947.

Hansel J. Seay, in pro per., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger and F. Douglas King, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The matters here urged by appellant were considered and disposed of by this court on a previous appeal. Seay v. Sanford, Warden, 158 F.2d 281.

The judgment is affirmed.